Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT
for the
Northern District of Indiana

_____ Civil Court _ Division

| | |
|---|---|
| Jon Antoine Griffin, Jon Antoine Jackson, Jon Griffin | Case No. **2:24 CV 50** |
| | *(to be filled in by the Clerk's Office)* |
| *Plaintiff(s)* | |

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

Jury Trial: *(check one)* ☐ Yes ☑ No

-v-

CFPB, OCC & Bank of America, Betty Jane Griffin, Michael Goldberg

**-FILED-**

FEB 09 2024

At_____.M
Chanda J. Berta, Clerk
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

*Defendant(s)*
*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

## COMPLAINT FOR A CIVIL CASE

### I.   The Parties to This Complaint

**A.   The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint.   Attach additional pages if needed.

| | |
|---|---|
| Name | Jon Antoine Griffin, Jon Griffin Jon Antoine Jackson |
| Street Address | 31 Sycamore Ct. |
| City and County | Calumet City |
| State and Zip Code | Illinois 60409 |
| Telephone Number | 708-841-5668 |
| E-mail Address | |

**B.   The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.   For an individual defendant, include the person's job or title *(if known)*.   Attach additional pages if needed.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Defendant No. 1

| | |
|---|---|
| Name | Benjamin W. McDonough |
| Job or Title *(if known)* | Attorney for Comptroller of the Currency  OCC |
| Street Address | 525 W. Van Buren Suite 701 |
| City and County | Chicago IL USA |
| State and Zip Code | Illinois 60607 |
| Telephone Number | (312) 542-8200 |
| E-mail Address *(if known)* | Chicagooccfilings@ice.dhs.gov & Licensing@occ.treas.gov. |

Defendant No. 2

| | |
|---|---|
| Name | Lauren Mogensen |
| Job or Title *(if known)* | Bank of America Legal Department Attorney |
| Street Address | 100 North Tryon Street |
| City and County | New York  USA |
| State and Zip Code | New York 10036 |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 3

| | |
|---|---|
| Name | Betty Jane Griffin |
| Job or Title *(if known)* | |
| Street Address | 31 Sycamore Ct. or P.O Box 1783 |
| City and County | Calumet City USA |
| State and Zip Code | Illinois 60409 |
| Telephone Number | 708-841-5668 (Home) or 708-359-2729 (Cell) |
| E-mail Address *(if known)* | Bg352@Aol.Com |

Defendant No. 4

| | |
|---|---|
| Name | Michael Goldberg |
| Job or Title *(if known)* | Attorney |
| Street Address | 1250 Connecticut Ave NW, Washington, DC 20036 |
| City and County | Washington, USA |
| State and Zip Code | DC 20036 |
| Telephone Number | |
| E-mail Address *(if known)* | |

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## II.    Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power).  Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties.  Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case.  Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case.  In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☐ Federal question          ☑ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A.    If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

42 USCA 1983 Civil action for deprivation of rights. No Power-of-Attorney & or consent to Endorse Documents/Checks. Deprivation of access to check & currency. Illegal Seizure of the Document/Check Fourth Amendment. The 14th Amendment illustrates legislation that disallows the government from infringing on the right(s) to pursue 'Life, Liberty, and the Pursuit of Happiness' with regard to any and all citizens of the United States of America.

### B.    If the Basis for Jurisdiction Is Diversity of Citizenship

1.    The Plaintiff(s)

   a.    If the plaintiff is an individual

   The plaintiff, *(name)*  Jon Antoine Griffin, Jon Griffin, Jon Antoine J. , is a citizen of the State of *(name)*  Illinois

   b.    If the plaintiff is a corporation

   The plaintiff, *(name)*  Bank of America , is incorporated under the laws of the State of *(name)*    Illinois ,

   and has its principal place of business in the State of *(name)*

   Illino .

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.    The Defendant(s)

   a.    If the defendant is an individual

   The defendant, *(name)*  Betty Jane Griffin , is a citizen of the State of *(name)*  Illinois . Or is a citizen of *(foreign nation)*

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

    b.    If the defendant is a corporation

The defendant, *(name)*  Bank of America       , is incorporated under

the laws of the State of *(name)*   Illinois       , and has its

principal place of business in the State of *(name)*   Illinois

Or is incorporated under the laws of *(foreign nation)*   United Kingdom   ,

and has its principal place of business in *(name)*   United States of America  .

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

970,000 Defendant ad a one million check that she was told to give to the plaintiff by the Cook County Judge. That was dropped of by one of my fathers business partners. & the Cook County Judges were told to give the check to the plaintiff & they were mistakenly given to the defendant Betty Jane Griffin & Forged without an power-of-attorney or my consent to be cashed second check was cased by attorney Loren B. Middleton for Unlimited Wealth with my consent.

## III.   Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

28 USCA 1746 By Endorsing the two documents without my consent & Concealing the currency of one US Million Dollars & Unlimited Wealth caused me to end up Homeless . I was deprived my Constitutional Rights to my property. My two sets of House Keys that where sent for me my brother Jason Allan Griffin & Check were never received. Legal Conflict of Interest over Power-of Attorney Betty Jane Griffin never had any power-of-attorney over US Jason Allan Griffin & Jon Antoine Griffin.

## IV.   Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Unlimited Wealth check that was forged in the name Jon Griffin which is Jon Antoine Griffin IL 615-4208- 1034 reprinted Check for Unlimited 4211 W. 167st Country Club Hills Illinois 60678 And to transferred 31 CFR 515.517 Access to safety deposit boxes & 950,000 from the 2004 check that forged & cash being concealed in Bank of America 1701 River Oaks Drive Calumet City Illinois 60409. Jason Allan Griffin Check is being concealed for one million in that safety deposit box Bank of America or Hyde Park Bank Chicago Illinois By Betty Jane Griffin as well.

The 14th Amendment illustrates legislation that disallows the government from infringing on the right(s) to pursue 'Life, Liberty, and the Pursuit of Happiness' with regard to any and all citizens of the United States of America.

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:    2/9/2024

Signature of Plaintiff

Printed Name of Plaintiff    Jon Antoine Griffin, Jon Griffin, Jon Antoine Jackson

### B. For Attorneys

Date of signing:

Signature of Attorney

Printed Name of Attorney    Pro se Jon Griffin Jon Antoine Griffin Jon Antoine Jackson

Bar Number

Name of Law Firm

Street Address    31 Sycamore Ct.

State and Zip Code    IL 60409

Telephone Number    708-841-5668

E-mail Address



**UNITED STATES**
**SECURITIES AND EXCHANGE COMMISSION**
WASHINGTON, D.C. 20549

OFFICE OF
INVESTOR EDUCATION AND
ADVOCACY

TEL: 1-800-732-0330
FAX: (202) 772-9293
WWW.SEC.GOV

Dear Investor:

Thank you for contacting the U.S. Securities and Exchange Commission (SEC).

Enclosed is our investor complaint form and our Investor Bulletin on Investor Complaints, which explain how the SEC handles investor complaints and describe other ways you may be able to resolve a securities-related dispute.

If you choose to submit the enclosed investor complaint form, please note:

- If you complete the form by hand, print or write neatly.
- You may include copies of documents, letters, and other materials you believe would be helpful in understanding your complaint, but do not send originals.
- Once you have completed the form (two pages, double-sided):
  1. Fold the pages in half so that only the business reply card is showing.
  2. Securely tape the sides of the form closed.
  3. Drop the form in any U.S. mailbox. The postage has been prepaid.

We will let you know when we have received your complaint. In the meantime, please visit our website, Investor.gov, for tools and resources on investing.

Sincerely,

Office of Investor Education
and Advocacy

Enclosures
Investor Complaint Form
Investor Bulletin: Investor Complaints



**U.S. Securities and Exchange Commission**

## Office of Investor Education and Advocacy

OMB Number: 3235-0547
Expires: August 31, 2026
Estimated average burden
hours per response: 0.25

## Investor Complaint Form

You may use this form to send your complaint to the SEC. Although we use secure socket layer encryption, do not hesitate to print this form and send it by mail or fax if you have any concerns about security. Please read our Privacy Act Notice to learn more about how we may use the information you send to us.

Please read Investor Bulletin: Investor Complaints for information on what we will do with your complaint and other options for resolving your complaint.

☑ Yes, send the form to the firm or company.

☐ No, do not send the form to the firm or company. If you choose "no", we will record your complaint in our database, but we cannot help you any further.

### Tell Us About Yourself (*You must complete this information)

Title **Mr.**                          First name* **Jon Antoine**

Middle initial                         Last name* **Jackson/Griffin/Ross**

Street Address* **P.O. Box 1783**

Address (cont.) **31 Sycamore Ct.**

City* **Calumet City**                 State/Province (required if US or Canada)* **IL**

Zip/Postal Code* **60409**            Country* **USA**

Daytime phone **7088415668**          Alternate phone                  Fax

E-mail* **JonAntoineGriffinSEC@Mail.com**   Are you a **Representative**

### Tell Us About the Firm or Individual You Have a Complaint Against

Firm Name **Michael Goldberg**        Type of Firm **Law Firm, Northern Trust Bank, Bank of Amer**

Broker, Advisor, or Salesperson **Danny Mitchell**

Street Address* **227 W Monroe St,**

Address (cont.)

City* **Chicago**                      State/Province (required if US or Canada)* **IL 60606**

Zip/Postal Code* **60606**            Country* **USA**

U.S. SECURITIES AND EXCHANGE COMMISSION

**Tell US About Your Investment**

Type of Security _____ Security Symbol _____

Name of Issuer or Security **John Perloski** _____

**Tell Us About Your Complaint**

Please describe your complaint in as much detail as possible, including the full name(s) on the account, the exact type of account, the dates of specific transactions or conversations, the name or ticker symbol of the security(ies) involved, and the names of all the people at the firm you have contacted about this complaint.

They nerver were contacting me in reference to the assest & commodity investments thats file under the different names thats all connected to one person that doesn't file the investments bonds.Its connected to certain financial institutions Northern Trust Bank & First Mid-West Bank and Sillicon Valley Bank Records Archived Financial Intitution Records must be pulled for discovery in reference to the concealed Deeds of properties thats connected to the International Cruise Lines Industry & Airlines Industry & Commercial & Residence Real Estate foreign investments. Simons Properties Group Inc & other N-PX Filed stock portfolios foreign Investments. I'm a pro se/pro per litigant going in for myself as a attorney & I passed the federal bar exam & have ten additional years of read State & Federal & Internatioanl Haugue Conventention due to being a Special Victim of Banki Fraud & 14 CFR 61.25 Change of Name. Last name & concealed Unlimited Wealthy & A Need for Fincial Instutional Records to be update & Switched to the switch corrected name international because other world leardars are already informed in reference the three different last names in reference to the legal conflict of interest. Caused by the people who filed the documenty & international investments in theses names Jon Antoine Jackson (Europe) USA is AKA Jon Antoine Griffin (America) & (ASIA) Jon Antoine Ross ASIA being used all around the world. for one person one identity. And I need all my investment bonds placed under one last name not three different last names to cause a problem. Unpaid Ciivil Monetary Damages 31 USC 5417 & Bank Fraud Forged Foreign Investments Bonds & Unlimited Wealthy Checks giving to the wrong Judges on Purpose. And the same results take place cased without my legal consent. Extended Statute of Limititations because of (2014) Bank of America bank fraud under the name Jon Griffin is AKA Jon Antoine Jackson & Jon Antoine Griffin same person identy.And had no Access to send that unlimited wealthy check to Cook County Circuit Judge Michelle Pitman/ Simmons Court 103 & my attorney stole the cjheck & house keys that were sent for me to receive with that check Dec 4th 2014 2004 LaSale Bank1701 River Oaks Drive Calumet City IL, 60409 Specialized Bank raud Investigation By OCC & SIS.gov & IRS.GOV 22 CFR Ch. I (4– 1– 22 Edition) § 35.45 Presidential Records (44 U.S.C. Chapter 22) for discovery of CIA records TS Classified Information Jon Antoine Jackson AKA Jon Antoine Griffin is Jon Griffin.

What types of documents would you be able to provide us if requested?

☑ Canceled Checks

☐ Correspondence to and from Firm

☐ Advertising or Marketing Materials

☐ Notes of conversation with Firm

☐ Other  Unpaid FATCA Reports & TD F 90-22.1 Report of Foreign Bank & Financial Accounts _____

**Tell Us What Action You Have Taken**

Have you complained to the firm?          ◉ Yes          ○ No

Have you contacted any other regulators?  ◉ Yes          ○ No

If yes, whom?

☐ FINRA (Financial Industry Regulatory Authority)    ☐ Other Federal Regulators

☐ State Regulators          ☐ Foreign Regulators

☐ Stock Exchange _____          ☑ Other _____

Have you taken legal action? If so, what type:

☐ Mediation  ☑ Arbitration

☐ Court Action

Describe the details of the legal action you have taken.

28 USCA 4706, 28 USCA 1331,1333, 15 U.S. Code § 78u– 1 - Civil penalties for insider trading, 15 U.S. Code § 80b– 3 - Registration of investment advisers No Brokerage Firm Cards & or Corporate Card were given to me from the financial advisers & Unpaid IRS.gov 26 USC 1650, 26 USCA 1650(a) 26 USCA 6114 Tax Treaty Triple Taxation because of my name being filed by financial advisers no notice never giving. And they place these employees in the tallest building & they don't reply for Special Request Profit Shares Gains & Losses Meetings via Email or calling the offices. because certain Accountants are in charge of handing the corporate business. Foreign Corrupt Practices Act of 1977 (FCPA) 15 U.S.C. §§ 78dd-1, et N-PX original documents filed with Sec.gov for Federal Rule for Discovery 16 CFR 3.31 & Irs.gov 4506-C IVES Request For Transcripts Requested by Plaintiff of all Local & International Foreign Taxes. 31 CFR § 1010.670 - Summons or subpoena of foreign bank. The Diplomatic Relations Act of 1978, 22 U.S.C. § 254a et seq Danny Mitchell is AKA Michael Goldberg. Susan Orman FDIC New York for TD F 90-22.1 Reports of Foreign Bank & Financial Reporrts for discovery in court. FBAR Treasury Payment reports as well. Burkshire & Hathaway Llc.

This collection of information has been reviewed by the Office of Management and Budget (OMB) in accordance with the clearance requirements of 44 U.S.C. §3507. The applicable Privacy Act system of records (SORN) is SEC 65 and the routine uses of the records are set forth at 76 FR 30213 (May 24, 2011). This SORN is exempt from certain sections of the Privacy Act and the citation for the rule exempting the notice is 76 FR 57636 (September 16, 2011). https://www.sec.gov/oiea/Complaint.html

To mail back to the SEC, please fold this document in half, secure with tape, and mail.



NO POSTAGE
NECESSARY
IF MAILED
IN THE
UNITED STATES

**BUSINESS REPLY MAIL**

FIRST-CLASS MAIL    121    WASHINGTON DC

POSTAGE WILL BE PAID BY ADDRESSEE

UNITED STATES SECURITIES AND EXCHANGE COMMISSION
ATTN:OIEA
100 F ST NE
WASHINGTON DC 20077-9366



U.S. Securities and Exchange Commission
**Office of Investor Education and Advocacy**

# Investor Complaints

*The SEC's Office of Investor Education and Advocacy (OIEA) is issuing this Investor Bulletin to inform investors about how OIEA handles investor complaints and other ways investors may be able to resolve a securities-related dispute.*

## Types of Complaints

OIEA receives many types of complaints from individual investors, including complaints against brokers, brokerage firms, investment advisers, transfer agents, mutual funds, and other market participants. You can submit an investor complaint form to OIEA to report problems with investments, an investment account, or a financial professional, including problems involving:

- Order handling, trade execution, or confirmations;
- Delivery of funds or securities;
- Dividends;
- Fees, commissions, or mark-ups;
- Inaccurate or misleading disclosures by financial professionals;
- Margin;
- Suitability, or excessive trading or other account abuses; and
- Opening, transferring, or closing an account, or redeeming or transferring mutual funds.

You also may send OIEA copies of documents, letters, and other materials you believe would be helpful in understanding your complaint, but do not send originals. The copies may be emailed to help@sec.gov, faxed to (202) 772-9295, or mailed to U.S. Securities and Exchange Commission, Office of Investor Education and Advocacy, 100 F Street, N.E., Washington, DC 20549-0213.

OIEA will inform you when it receives your complaint and will note the file number assigned to your complaint. You should reference this file number when contacting OIEA.

To provide the SEC with information about fraud or wrongdoing involving potential violations of the federal securities laws, use the Tips, Complaints and Referrals Portal.

## Process for Handling Complaints

OIEA helps ensure that individuals and entities regulated by the SEC respond to investor complaints when appropriate. If an investor selects the option on the complaint form consenting to OIEA's sending the complaint to the firm ("Yes, send the form to the firm…"), OIEA typically forwards the complaint, requesting the firm to send a written report to the investor and to OIEA that addresses the issues raised. However, the SEC cannot act as an investor's attorney or personal representative.

OIEA may refer an investor complaint to other Offices or Divisions within the SEC, including the Division of Enforcement. The Division of Enforcement generally conducts investigations on a confidential basis. As a result, OIEA will not confirm or deny the existence of an investigation and will not update an investor on the status of a complaint.

## Use of Complaint Information

OIEA's principal use of information from an investor complaint is to resolve the complaint, but OIEA may also share the information with other Offices and Divisions in the SEC or outside of the SEC where appropriate. Records and information may be used by the SEC or disclosed outside the SEC pursuant to 5 U.S.C. 552a(b) for multiple purposes, including to assist with SEC examinations or investigations to determine whether an entity or person is complying with, or has violated, the federal securities laws or certain rules, and civil or administrative proceedings. The SEC often makes its files, including complaint information, available to other government agencies.

Complaint information submitted to OIEA is subject to Privacy Act System of Records Notice SEC-65 (SORN SEC 65, Investor Response Information System), which is published and updated regularly. Read SEC Web Site Privacy and Security Policy to learn more about how OIEA may use information from investor complaints.

## Other Options for Resolving a Complaint

Federal and state securities laws provide investors with important legal rights and remedies that may apply to a dispute with an individual or entity regulated by the SEC. You can seek to resolve a complaint through the courts, arbitration, or mediation.

You may want to hire a lawyer who specializes in securities law. If you cannot afford a lawyer, a law school arbitration/mediation clinic may be able to help you resolve a securities-related dispute free of charge.

In some cases, the Financial Industry Regulatory Authority, Inc. (FINRA) can help you resolve a conflict with a financial services professional. To learn more, read Initiate an Arbitration or Mediation.

## Additional Information

To ask a question or report a problem concerning your investments, your investment account or a financial professional, contact us online or call the SEC's toll-free investor assistance line at (800) 732-0330 (if outside of the U.S., call 1-202-551-6551).

Visit Investor.gov, the SEC's website for individual investors.

Receive Investor Alerts and Bulletins from OIEA by email or RSS feed. Like OIEA on Facebook at facebook.com/secinvestoreducation.

The Office of Investor Education and Advocacy has provided this information as a service to investors. It is neither a legal interpretation nor a statement of SEC policy. If you have questions concerning the meaning or application of a particular law or rule, please consult with an attorney who specializes in securities law.

FCSC FORM 1-04          **U.S. DEPARTMENT OF JUSTICE**          OMB Approval No. 1105-0062
JANUARY 2005     **FOREIGN CLAIMS SETTLEMENT COMMISSION**     Expiration Date: Jan. 31, 2008

```
{    (FOR FCSC USE ONLY)       }
{                              }
{    CLAIM NO. ALB-            }
{                              }
{_____}
```

**STATEMENT OF CLAIM FORM**

**FOR FILING OF CLAIMS UNDER THE AGREEMENT BETWEEN THE GOVERNMENT OF THE UNITED STATES OF AMERICA AND THE GOVERNMENT OF THE REPUBLIC OF ALBANIA AND TITLE I OF THE INTERNATIONAL CLAIMS SETTLEMENT ACT OF 1949, AS AMENDED (22 U.S.C. 1621 et seq.).**

**NOTE:** To help the Foreign Claims Settlement Commission decide your claim quickly and fairly, please fill out this STATEMENT OF CLAIM form CAREFULLY AND COMPLETELY. Please TYPE or PRINT clearly. BEFORE you start this form, PLEASE READ the Instructions that come with it. You may attach additional pages to this form if you need more space for your answers.

Fill out this form and send it to the Commission at your earliest convenience. Keep a copy for your files.

1.    Name of Claimant: JonAntoine Jackson,JonAntoine Ross, JonAntoine Griffin AKA Jon Griffin

2.    Mailing Address: 31 Sycamore Ct.
      Calumet City IL 60409

Work Phone 

Home Phone 708-841-5668
(For additional claimants and other details, see Instructions.)

3.    Give the name, mailing address and phone number of the lawyer (if any) representing you in this claim.

Pro per International Attorney Jon Griffin P.O Box 1783 Calumet City Il 60409

4.    Give the name, mailing address and phone number of a person we can contact if we cannot locate you.

Betty Jane Griffin     Jason Allan Griffin
P.O. Box 1783          31 Sycamore Ct.
Calumet City IL. 60409  Calumet City IL 60409

**IMPORTANT: You must tell the Commission if you move. If your address changes and you do not tell the Commission, you may lose your right to pursue your claim.**

5a.    If claimant is an individual, state how you became a United States citizen:

[✓] By birth in the U.S.: Fill in date and place of birth 02/03/1981

[✓] By naturalization in the U.S.: Fill in date and place of naturalization

United Kingdom Royal Family Home & Michael Reese Hospital

8. State the total estimated value of your losses at the time of taking in United States Dollars: $

Antoino Rodriguez National Bank Account Unlimited&Unpaid Tax Treaty

State the total estimated value of your losses at the time of taking in Albanian lek or other currency:

Unlimited Wealthy stolen by Michael Goldberg.

## LAND AND BUILDINGS

9a. If you are claiming for loss of land or buildings, describe the property taken. State the land area in acres or hectares, and describe any buildings or other improvements.

26 CFR 1. 102-1 Gifts and Inheritances / 12 CFR 313. 12(. 18 USC. 2311, 2312 International Cruise Lines in Centeral America, filled under my dads NAME ANTONIO Rodriguez. Hotels on South Beach Miami and Downtown shopping mall AREA. Casinos and Hotels in RENo Nevada and LAS VEGAS NEVADA PRIVATE STOCK.

9b. State the exact location of the property (street, number, town, district, etc.).

International Financial Records must be collected from Archives Internationally on the domain list. Due to his Unlimited Wealth account being stolen & switched from National Banks in America & Russia, & Germany in his International Contract Fraud Committed by his International Attorney from SIS.gov/UK Michael Goldberg AKA Danny Mitchel.
STar Island Drive Miami Florida Every house my dad had iT listed under his reaLestate company

9c. Was the property subject to a mortgage or other encumbrance? ☐ If so, in what amount? ☐

9d. When was the property taken? 1994 to 1997

9e. Describe how the property was taken, including the law or decree, if you know.

International Commercial & Residential Real Estate filed under Apple INC. Trump International INC & or LLC

9f. State the name and nationality (citizenship) of the owner of the property at the time it was taken.

Cuban Antoino Rodriguez 31 CFR 515.325, 31 CFR 515.306

9g. State how the owner acquired the property.

Shooting the Victim my original Cuban Father Antoino Rodriguez & International Contract Fraud From ███ ████.

9h. Explain how you acquired the right to claim for the loss.

Surgery. 26 CFR 1. 102-1 Gift and INheRiTANCE DNA of ANTONIO Rodriguez and Father Jon ANTOINE GRiFFIN the Son of ANTONIO Rodriguez. Jon ANTOINE GRiffiN 14 CFR 63.15 Also KNow AS Jon ANTOINE Jackson.

9i. State the name, address and nationality (citizenship) of anyone other than you who may have an interest in this claim.

Danny Mitchel Is AKA Michael Goldberg Wilkie D. Ferguson, Jr. United States Courthouse
400 North Miami Avenue, 6th Floor
Miami, FL 33128-7715
Fax:(786) 988-6652

9j. State the value of the property at the time it was taken and explain how you determined that value.

Jon Antoine Jackson Unlimited Wealthy Check & account cards from National Bank from Antoino Rodriguez & Unpaid Taxes from America Casino Since 1962- When he left America & came back in 1994-1997. was his name was taken of Everything his attorney Berkshire & Hathaway Llc. had his name listed on in Reno Nv & Las Vegas he was the Head of the Gambling Commission in America.

9k. Provide any other information which may help the Commission decide this claim.

My name was illegally switched to Jon Antoine Griffin due to International Adoption Contract Fraud to Conceal Unlimited Wealthy check that was from my father's Antoino Rodriguez in 1981,1982 or 1983 cased at Federal Saving & Loans which is now Northern Trust Bank given & concealed all my life too. International Attorney Michael Goldberg for Corporate Insurance Over Carnival Cruise Lines & was to be given to me his son Jon Antoine Jackson is Jon Antoine Griffin & Jon Antoine Ross Jon Griffin

**(IF YOUR CLAIM IS FOR MORE THAN ONE PIECE OF LAND OR ONE BUILDING, PROVIDE THE SAME INFORMATION FOR EACH ON A SEPARATE SHEET OF PAPER. ANSWER QUESTIONS 9a THROUGH 9k for each.)**

## INDIVIDUAL PERSONAL PROPERTY LOSSES

10. If you are claiming for personal property losses, make a list of all items of personal property lost. Explain when and how the property was taken, who took the property, where the property was located when it was taken, the value of each item when acquired, the date each item was acquired, and the value of each item on the date of loss. Describe the condition of each item on the date of loss.

I don't have any of the International Deeds of Ownership to the International Cruise Ships & or Commercial & Residential Real Estate Locally & Internationally that my Unlimited wealth & my father stolen account & or Copies of International Investments Bonds in other countries &Unpaid Tax treaty taxes paid from my check that my cuban father gave Michael Goldberg when I was a child Jon Antoine Jackson AKA Jon Antoine Griffin AKA Jon Griffin. In every Country Internationally.

## BUSINESS INTERESTS, DEBTS AND OTHER LOSSES

11a. If you are claiming for loss of an ownership interest in a partnership, corporation or other group form of ownership, explain how the ownership interest was taken. Also provide: (1) the name of the company or group; (2) the percentage of your ownership interest in that company or group; (3) a description of the assets taken; (4) the date of loss; and (5) the value of the assets taken at the time of loss.

Simon Properties Group Llc , All International Cruise Ships Around the world thats listed on https://www.vacationstogo.com/?ti=cruiselines.com DEEDS listed to my names with a legal Conflict of Interest. Jon Antoine Jackson, Jon Antoine Ross, Jon Antoine Griffin listed in Different countries all around the world. I'm the same U.N Diplomat international Cruise ship CEO AKA Jon Griffin 22 USC 288.

☐ Other: Fill in when and how you became a U.S. citizen (for example, by birth abroad to U.S. parents or by marriage) | Michael Jackson & Original Mother DianaRoss Adopted by Betty Jane Griffin |

5b.   If you did not own the property when the property was taken, give the name of the owner at the time of the taking, explain how and when that individual became a United States citizen, and explain how and when you inherited or otherwise became the owner of your interest in this claim. Give the name and citizenship of anyone else who has had an interest in the claim from the time the property was taken until the filing of this claim.

Danny Mitchel Is Michael Goldberg who tries to put his name on every building on land International & Locally with access to my unlimited Wealthy Check that he concealed since I was a child in the early 1980's after I was BOURE as U.N & U.S Diplomat 23 T.I.A.S 3227 Name at birth filed in the U.K & USA Detroit & Chicago Spring Field Illinois Vital Records & Health Department.

*Reno NV and Las Vegas NV Listed under Cuban Antonio Rocledguez than Jackson Switched to Berth Berkshire and Harhaway Llc. Due To me Jon Antoine Griffin The benificuary and Trustee to Antonio Rockriguez and Steve Jobs Will.*

5c.   If you have ever lost your United States citizenship, explain when and why.

Never Lost my U.K & or USA Citizenship as Jon Antoine Jackson, Jon Antoine Ross, Jon Antoine Griffin, Jon Griffin same person same name never signed to switch it to Jon Anthony Griffin. by SIS.gov.uk former employee Danny Mitchel AKA is Michael Goldberg.

6.   If claimant is a corporation or other legal entity (such as a partnership or other form of group ownership), state:

Date and place of incorporation or formation

| |
|---|

When the claim arose, what percentage of ownership was held by natural persons who were U.S. citizens?

| IFSIA violation over POWER-OF-ATTORNEY. 2248 form FATCA&FBAR Tax Treaty was never signed |

Is there any reason to believe that non-citizens of the U.S. owned 50% or more of the claimant at any time between the date the claim arose and April 18, 1995? | |

(See page 4 of the Instructions for the kind of proof needed.)

\*      \*      \*      \*      \*      \*      \*      \*      \*      \*

## SUMMARY OF LOSSES CLAIMED

7.   Mark each kind of loss you are claiming.

a. Land ☑                     b. Buildings ☑                     c. Individual Personal Property ☑
(See Question 9 below.)     (See Question 9 below.)           (See Question 10 below.)

d. Ownership Interest in Business ☑          e. Debt Interest ☑
(See Question 11 below.)                      (See Question 11 below.)

f. Other ☑
(Describe)

11b.    If you are claiming for a debt, describe the nature of the debt (e.g., mortgage, securities, etc.). State how and when the debt obligation was taken, and give the value of the obligation on the date of loss.

National Securities Exchange Commission Since 1981 & Unpaid International Tax Treaty In Hague Convention. 12 CFR 313.121, 31 CFR 515.514, 26 CFR 301.6114-1 unpaid TAX TREATY from Black Rock INC, Apple INC and Lottery and Real Estate All Round the world. Barons Capital Brokerage Firm, Naveer Investments, Fidelity Investments, Prudential, PUTNAM, Vanguard. Chase Bank, Bank of America, OLD National Bank, Northern Trust Federal Savings and Loans

11c.    If you are claiming for the loss of any other kind of property interest, describe that property interest, state how and when that interest was taken, and give the value of the interest on the date it was taken.

Casino Casino's Unpaid Stock IRS Taxes and Lottery. 18 USC 2311, 2312 28 U.S.C. 1333, 1331, 18 USC 241, 242, 371

*    *    *    *    *    *    *    *    *    *    *    *    *    *

12.    Provide any other information which may help the Commission decide this claim.

1995, & or 1996 SIS.gov/UK Ex parte Discovery. of Steve Jobs & Danny Mitchel AKA Michael Goldberg. After My father was shot his Unlimited Wealth bank Account was stolen from Danny Mitchell other idenity the one he uses from the United Kingdom Air force or Steve Job shot Antoino Rodriguez SEC.gov Casino Owner and unpaid Tax to Cuban Foreign National

13.    Is information or evidence about any part of this claim available at another United States Government agency? If the answer is Yes, give the name and address of the agency.

DEA, FBI

14. Have you or anyone else received any compensation from any source for this claim? YES (Yes or No.) If the answer is Yes, explain the answer on a separate sheet of paper and indicate the amount received.

15. Does your claim include any property which was the subject of a claim for war damage? N (Yes or No.) If the answer is Yes, give the claim number: W- [ ] State the amount awarded, if any: Unlimited WealthCFTC&UnpaidTaxTrea

16. **RELEASE:** The information provided in this Statement of Claim and any attachments, and any material and information submitted before or after this Statement of Claim in regard to or in support of the claim, will be treated as public information which may be disclosed to interested persons who make inquiries about the claims program and individual claims filed in the program. By your signature on this Statement of Claim, you acknowledge that you are aware and agree that such disclosures will be made, and you authorize the Commission and its staff to conduct any investigation needed to decide your claim, including the exchange of information concerning the claim with the Government of Albania.

17. **CERTIFICATION**

I, JonAntoine Jackson, JonAntoine Ross, Jon Griffin ; certify that

(Type or print your name)

[✓] I am the claimant

[✓] I am authorized to make this certification on behalf of the claimant.
(State your relationship to claimant: International Attorney Jon Antoine Griffin )

I further certify that, to the best of my knowledge and belief, the statements set forth in this Statement of Claim, including any papers attached to or filed with the Statement of Claim, are true and accurate, and that all material facts have been set forth in this Statement of Claim.

12/1/2023
Date

Signature

**PENALTIES**

Your attention is directed to the federal law on false statements, 18 U.S.C. section 1001, which provides:

[W]hoever, in any matter within the jurisdiction of the executive, legislative, or judicial branch of the Government of the United States, knowingly and willfully-
(1) falsifies, conceals or covers up by any trick, scheme, or device a material fact;
(2) makes any false, fictitious, or fraudulent statement or representation; or
(3) makes or uses any false writing or document knowing the same to contain any materially false, fictitious, or fraudulent statement or entry;
shall be fined under [Title 18, U.S. Code] or imprisoned not more than 5 years, or both.

**MAIL THIS FORM TO:**
**FOREIGN CLAIMS SETTLEMENT COMMISSION**
**441 G STREET, N.W., 6th FLOOR**
**WASHINGTON, DC 20579**

| Form **4506** | **Request for Copy of Tax Return** | |
|---|---|---|
| (Novmeber 2021) | ▶ **Do not sign this form unless all applicable lines have been completed.** | OMB No. 1545-0429 |
| Department of the Treasury Internal Revenue Service | ▶ **Request may be rejected if the form is incomplete or illegible.** ▶ **For more information about Form 4506, visit** *www.irs.gov/form4506.* | |

**Tip: Get faster service:** Online at www.irs.gov, **Get Your Tax Record** (Get Transcript) or by calling **1-800-908-9946** for specialized assistance. We have teams available to assist. **Note:** Taxpayers may register to use Get Transcript to view, print, or download the following transcript types: **Tax Return Transcript** (shows most line items including Adjusted Gross Income (AGI) from your original Form 1040-series tax return as filed, along with any forms and schedules), **Tax Account Transcript** (shows basic data such as return type, marital status, AGI, taxable income and all payment types), **Record of Account Transcript** (combines the tax return and tax account transcripts into one complete transcript), **Wage and Income Transcript** (shows data from information returns we receive such as Forms W-2, 1099, 1098 and Form 5498), and **Verification of Non-filing Letter** (provides proof that the IRS has no record of a filed Form 1040-series tax return for the year you request).

| | |
|---|---|
| **1a** Name shown on tax return. If a joint return, enter the name shown first.<br><br>JON ANTOINE GRIFFIN , JON ANTOINE JACKSON | **1b** First social security number on tax return, individual taxpayer identification number, or employer identification number (see instructions)<br><br>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 |
| **2a** If a joint return, enter spouse's name shown on tax return.<br><br>SINGLE NOT LGTBQ NOT GAY | **2b** Second social security number or individual taxpayer identification number if joint tax return<br><br>SINGLE |

**3** Current name, address (including apt., room, or suite no.), city, state, and ZIP code (see instructions)

31 SYCAMORE CT CALUMET CITY ILLINOIS 60409

**4** Previous address shown on the last return filed if different from line 3 (see instructions)

**5** If the tax return is to be mailed to a third party (such as a mortgage company), enter the third party's name, address, and telephone number.

**47 CFR 1.224 -- Motion to proceed in forma pauperis**

**Caution:** If the tax return is being sent to the third party, ensure that lines 5 through 7 are completed before signing. (see instructions).

**6** Tax return requested. Form 1040, 1120, 941, etc. and all attachments as originally submitted to the IRS, including Form(s) W-2, schedules, or amended returns. Copies of Forms 1040, 1040A, and 1040EZ are generally available for 7 years from filing before they are destroyed by law. Other returns may be available for a longer period of time. Enter only one return number. If you need more than one type of return, you must complete another Form 4506. ▶ _____ **47 CFR 1.224** _____

Note: If the copies must be certified for court or administrative proceedings, check here . . . . . . . . . . . . . . . ☑

**7** Year or period requested. Enter the ending date of the tax year or period using the mm/dd/yyyy format (see instructions).

| | | | |
|---|---|---|---|
| 01 / 01 / 1982 | 01 / 01 / 1985 | 01 / 01 / 1991 | 01 / 01 / 1996 |
| 01 / 01 / 2005 | 01 / 01 / 2014 | 12 / 01 / 2022 | 12 / 01 / 2023 |

**8** Fee. There is a $43 fee for each return requested. **Full payment must be included with your request or it will be rejected. Make your check or money order payable to "United States Treasury." Enter your SSN, ITIN, or EIN and "Form 4506 request" on your check or money order.**

| | | | |
|---|---|---|---|
| **a** | Cost for each return . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $ | 43.00 |
| **b** | Number of returns requested on line 7 . . . . . . . . . . . . . . . . . . . | | 47 cfr 1.224 |
| **c** | Total cost. Multiply line 8a by line 8b . . . . . . . . . . . . . . . . . . . . | $ | 0.0000 |

**9** If we cannot find the tax return, we will refund the fee. If the refund should go to the third party listed on line 5, check here . . . . . ☐

**Caution:** Do not sign this form unless all applicable lines have been completed.

**Signature of taxpayer(s).** I declare that I am either the taxpayer whose name is shown on line 1a or 2a, or a person authorized to obtain the tax return requested. If the request applies to a joint return, at least one spouse must sign. If signed by a corporate officer, 1 percent or more shareholder, partner, managing member, guardian, tax matters partner, executor, receiver, administrator, trustee, or party other than the taxpayer, I certify that I have the authority to execute Form 4506 on behalf of the taxpayer. **Note:** This form must be received by IRS within 120 days of the signature date.

☑ **Signatory attests that he/she has read the attestation clause and upon so reading declares that he/she has the authority to sign the Form 4506. See instructions.**

Phone number of taxpayer on line 1a or 2a

**Sign Here**

Signature (see instructions)

Jon ANTOINE Jackson Jon ANTOINE Griffin
Print/Type name

Date 11/21/23

Title (if line 1a above is a corporation, partnership, estate, or trust)

None

Spouse's signature

Date 11/21/23

Print/Type name

**For Privacy Act and Paperwork Reduction Act Notice, see page 2.**     Cat. No. 41721E     Form **4506** (Rev. 11-2021)

Section references are to the Internal Revenue Code unless otherwise noted.

## Future Developments

For the latest information about Form 4506 and its instructions, go to *www.irs.gov/form4506*.

## General Instructions

**Caution:** Do not sign this form unless all applicable lines, *including lines 5 through 7*, have been completed.

**Designated Recipient Notification.** Internal Revenue Code, Section 6103(c), limits disclosure and use of return information received pursuant to the taxpayer's consent and holds the recipient subject to penalties for any unauthorized access, other use, or redisclosure without the taxpayer's express permission or request.

**Taxpayer Notification.** Internal Revenue Code, Section 6103(c), limits disclosure and use of return information provided pursuant to your consent and holds the recipient subject to penalties, brought by private right of action, for any unauthorized access, other use, or redisclosure without your express permission or request.

**Purpose of form.** Use Form 4506 to request a copy of your tax return. You can also designate (on line 5) a third party to receive the tax return.

**How long will it take?** It may take up to 75 calendar days for us to process your request.

**Where to file.** Attach payment and mail Form 4506 to the address below for the state you lived in, or the state your business was in, when that return was filed. There are two address charts: one for individual returns (Form 1040 series) and one for all other returns.

If you are requesting a return for more than one year or period and the chart below shows two different addresses, send your request based on the address of your most recent return.

## Chart for individual returns (Form 1040 series)

| If you filed an individual return and lived in: | Mail to: |
| --- | --- |
| Florida, Louisiana, Mississippi, Texas, a foreign country, American Samoa, Puerto Rico, Guam, the Commonwealth of the Northern Mariana Islands, the U.S. Virgin Islands, or A.P.O. or F.P.O. address | Internal Revenue Service RAIVS Team Stop 6716 AUSC Austin, TX 73301 |
| Alabama, Arkansas, Delaware, Georgia, Illinois, Indiana, Iowa, Kentucky, Maine, Massachusetts, Minnesota, Missouri, New Hampshire, New Jersey, New York, North Carolina, Oklahoma, South Carolina, Tennessee, Vermont, Virginia, Wisconsin | Internal Revenue Service RAIVS Team Stop 6705 S-2 Kansas City, MO 64999 |
| Alaska, Arizona, California, Colorado, Connecticut, District of Columbia, Hawaii, Idaho, Kansas, Maryland, Michigan, Montana, Nebraska, Nevada, New Mexico, North Dakota, Ohio, Oregon, Pennsylvania, Rhode Island, South Dakota, Utah, Washington, West Virginia, Wyoming | Internal Revenue Service RAIVS Team P.O. Box 9941 Mail Stop 6734 Ogden, UT 84409 |

## Chart for all other returns

| For returns not in Form 1040 series, if the address on the return was in: | Mail to: |
| --- | --- |
| Connecticut, Delaware, District of Columbia, Georgia, Illinois, Indiana, Kentucky, Maine, Maryland, Massachusetts, Michigan, New Hampshire, New Jersey, New York, North Carolina, Ohio, Pennsylvania, Rhode Island, South Carolina, Tennessee, Vermont, Virginia, West Virginia, Wisconsin | Internal Revenue Service RAIVS Team Stop 6705 S-2 Kansas City, MO 64999 |
| Alabama, Alaska, Arizona, Arkansas, California, Colorado, Florida, Hawaii, Idaho, Iowa, Kansas, Louisiana, Minnesota, Mississippi, Missouri, Montana, Nebraska, Nevada, New Mexico, North Dakota, Oklahoma, Oregon, South Dakota, Texas, Utah, Washington, Wyoming, a foreign country, American Samoa, Puerto Rico, Guam, the Commonwealth of the Northern Mariana Islands, the U.S. Virgin Islands, or A.P.O. or F.P.O. address | Internal Revenue Service RAIVS Team P.O. Box 9941 Mail Stop 6734 Ogden, UT 84409 |

## Specific Instructions

**Line 1b.** Enter the social security number (SSN) or individual taxpayer identification number (ITIN) for the individual listed on line 1a, or enter the employer identification number (EIN) for the business listed on line 1a. For example, if you are requesting Form 1040 that includes Schedule C (Form 1040), enter your SSN.

**Line 3.** Enter your current address. If you use a P.O. box, please include it on this line 3.

**Line 4.** Enter the address shown on the last return filed if different from the address entered on line 3.

**Note.** If the addresses on lines 3 and 4 are different and you have not changed your address with the IRS, file Form 8822, Change of Address, or Form 8822-B, Change of Address or Responsible Party — Business, with Form 4506.

**Line 7.** Enter the end date of the tax year or period requested in mm/dd/yyyy format. This may be a calendar year, fiscal year or quarter. Enter each quarter requested for quarterly returns. Example: Enter 12/31/2018 for a calendar year 2018 Form 1040 return, or 03/31/2017 for a first quarter Form 941 return.

**Signature and date.** Form 4506 must be signed and dated by the taxpayer listed on line 1a or 2a. The IRS must receive Form 4506 within 120 days of the date signed by the taxpayer or it will be rejected. Ensure that all applicable lines, *including lines 5 through 7*, are completed before signing.

 *You must check the box in the signature area to acknowledge you have the authority to sign and request the information. The form will not be processed and returned to you if the box is unchecked.*

**Individuals.** Copies of jointly filed tax returns may be furnished to either spouse. Only one signature is required. Sign Form 4506 exactly as your name appeared on the original return. If you changed your name, also sign your current name.

**Corporations.** Generally, Form 4506 can be signed by: (1) an officer having legal authority to bind the corporation, (2) any person designated by the board of directors or other governing body, or (3) any officer or employee on written request by any principal officer and attested to by the secretary or other officer. A bona fide shareholder of record owning 1 percent or more of the outstanding stock of the corporation may submit a Form 4506 but must provide documentation to support the requester's right to receive the information.

**Partnerships.** Generally, Form 4506 can be signed by any person who was a member of the partnership during any part of the tax period requested on line 7.

**All others.** See section 6103(e) if the taxpayer has died, is insolvent, is a dissolved corporation, or if a trustee, guardian, executor, receiver, or administrator is acting for the taxpayer.

**Note:** If you are Heir at law, Next of kin, or Beneficiary you must be able to establish a material interest in the estate or trust.

**Documentation.** For entities other than individuals, you must attach the authorization document. For example, this could be the letter from the principal officer authorizing an employee of the corporation or the letters testamentary authorizing an individual to act for an estate.

**Signature by a representative.** A representative can sign Form 4506 for a taxpayer only if this authority has been specifically delegated to the representative on Form 2848, line 5a. Form 2848 showing the delegation must be attached to Form 4506.

**Privacy Act and Paperwork Reduction Act Notice.** We ask for the information on this form to establish your right to gain access to the requested return(s) under the Internal Revenue Code. We need this information to properly identify the return(s) and respond to your request. If you request a copy of a tax return, sections 6103 and 6109 require you to provide this information, including your SSN or EIN, to process your request. If you do not provide this information, we may not be able to process your request. Providing false or fraudulent information may subject you to penalties.

Routine uses of this information include giving it to the Department of Justice for civil and criminal litigation, and cities, states, the District of Columbia, and U.S. commonwealths and possessions for use in administering their tax laws. We may also disclose this information to other countries under a tax treaty, to federal and state agencies to enforce federal nontax criminal laws, or to federal law enforcement and intelligence agencies to combat terrorism.

You are not required to provide the information requested on a form that is subject to the Paperwork Reduction Act unless the form displays a valid OMB control number. Books or records relating to a form or its instructions must be retained as long as their contents may become material in the administration of any Internal Revenue law. Generally, tax returns and return information are confidential, as required by section 6103.

The time needed to complete and file Form 4506 will vary depending on individual circumstances. The estimated average time is: **Learning about the law or the form,** 10 min.; **Preparing the form,** 16 min.; and **Copying, assembling, and sending the form to the IRS,** 20 min.

If you have comments concerning the accuracy of these time estimates or suggestions for making Form 4506 simpler, we would be happy to hear from you. You can write to:

Internal Revenue Service
Tax Forms and Publications Division
1111 Constitution Ave. NW, IR-6526
Washington, DC 20224.

Do not send the form to this address. Instead, see *Where to file* on this page.

Special Circumstances Affidavit & Certificate of Correction of Birth Certificate

Greeting Forma Paupuris 47 CFR 1.224 I'm Jon Antoine Jackson unsurrendered birth certificate stolen birth certificate from Federal Judge Danny Mitchell when I was seven years old. Out of Village Green Cooperative Town House from my adoptive mother Betty Jane Griffin 31 Sycamore Calumet City Illinois 60409 (current address) along with my Social Security Card. Betty Jane Griffin Jon Antoine Jackson & Jon Antoine Griffin Previous address 5 Locust Court Calumet City IL 60409 & other previous address 3233 S. King Dr. Chicago IL, Chicago IL, 60616 Was sent back with a United States Pentagon & or CIA White Briefing for former president Bill Clinton & The original birth certificate of name Jon Antoine Jackson was mistakenly given to Curtis Jackson along with 1997 or 1999 Hummer Key out of the United States White House to be given to me Jon Antoine Griffin. I was never called to the United States White House to pick up the birth certificate so my original birth certificate could updated. With all three names one updated birth certificate & one social security card with all three numbers.

Diana Ross is my original birth mother & the Detroit Michigan Health Department Vital Records 400 Monroe Street, Suite 605 Detroit Michigan has proof the DNA records to match proof that I'm her birth given only son Jon Antoine Ross.

Due to international investments bonds on international cruise ships all three names are listed as the owners Jon Antoine Ross in Asia China & Hong Kong ocean waters. Jon Antoine Jackson listed International Cruise Ship Owner in Russia & Germany ocean waters. And Jon Antoine Jackson United Kingdom and surrounding area's that the vessels travel to. And Jon Antoine Griffin United States Miami Tax Collectors Office Proof of Registration I'm requesting all three names be placed on the new original updated Birth Certificate & Social Security Card. Because I was originally born in the United Kingdom & Prince Charles was a witness to me being in the United Kingdom before being dropped off and left in America to live with my adoptive mother Betty Jane Griffin adopted & picked up from Michael Reese Hospital Chicago Illinois.

I'm also requesting Certificate of Adoption from the State of Illinois Department of Public Health Division of Vital Records 925 E. Ridgely Ave. Springfield IL 62702-2737 for me Jon Antoine Griffin to receive at 31 Sycamore Ct. Jon Antoine Griffin at change address D.P.O. Box 2428 Calumet City IL, 60409

Due to either the last name Jon Antoine Jackson & or Jon Antoine Ross being filed in United Kingdom Wales & England General Register Office PO Box2,Southport Merseyside PR8 2JD Email Address with certified checks Certicate.services@ips.gsi.gov.UK or Certificate.Services@gro.gov.uk Offices of Foreign Mission Affairs 2236 C Street NW Room 2236 Washington D.C 20520 OFM-Chicago@state.gov OFM-Miami@state.gov OFM-Angeles@State.gov OFM-Houston@state.gov OFM-Newyork@state.gov OFM-Sanfrancisco@state.gov 23 U.S.T.3227 Diplomatic Immunity, Diplomatic Security Offices.

Form **SS-5** (10-2021) UF
Use (11-2019) UF Until Stock Is Exhausted
SOCIAL SECURITY ADMINISTRATION

Page 5 of 5

OMB No. 0960-0066

# Application for a Social Security Card

| 1 | NAME TO BE SHOWN ON CARD | First JON | Full Middle Name ANTOINE | Last JACKSON |
|---|---|---|---|---|
| | FULL NAME AT BIRTH IF OTHER THAN ABOVE | First JON | Full Middle Name ANTOINE | Last ROSS |
| | OTHER NAMES USED | JON | ANTOINE | GRIFFIN |

| 2 | Social Security number previously assigned to the person listed in item 1 | 3 | 4 | 7 | 7 | 8 | 9 | 5 | 0 | 1 |
|---|---|---|---|---|---|---|---|---|---|---|

| 3 | PLACE OF BIRTH (Do Not Abbreviate) | CHICAGO | IL/UNITED KINGDOM | Office Use Only | 4 | DATE OF BIRTH | 02031981 |
|---|---|---|---|---|---|---|---|
| | | City | State or Foreign Country | FCI | | | MM/DD/YYYY |

**5 CITIZENSHIP** (Check One): ☒ U.S. Citizen  ☐ Legal Alien Allowed To Work  ☐ Legal Alien **Not** Allowed To Work (See Instructions On Page 3)  ☐ Other (See Instructions On Page 3)

**6 ETHNICITY** Are You Hispanic or Latino? (Your Response is Voluntary) ☒ Yes ☐ No

**7 RACE** Select One or More (Your Response is Voluntary): ☐ Native Hawaiian  ☐ American Indian  ☐ Other Pacific Islander  ☐ Alaska Native  ☒ Black/African American  ☐ White  ☐ Asian

**8 SEX** ☒ Male ☐ Female

| 9 | A. PARENT/ MOTHER'S NAME AT HER BIRTH | First DIANA | Full Middle Name | Last ROSS |
|---|---|---|---|---|
| | B. PARENT/ MOTHER'S SOCIAL SECURITY NUMBER (See instructions for 9B on Page 3) | | | ☒ Unknown |

| 10 | A. PARENT/ FATHER'S NAME | First ANTOINO | Full Middle Name | Last RODRIGUEZ |
|---|---|---|---|---|
| | B. PARENT/ FATHER'S SOCIAL SECURITY NUMBER (See instructions for 10B on Page 3) | | | ☒ Unknown |

**11** Has the person listed in item 1 or anyone acting on his/her behalf ever filed for or received a Social Security number card before?
☐ Yes (If "yes" answer questions 12-13)  ☐ No  ☐ Don't Know (If "don't know," skip to question 14.)

| 12 | Name shown on the most recent Social Security card issued for the person listed in item 1 | First JON | Full Middle Name ANTOINE | Last GRIFFIN |
|---|---|---|---|---|

| 13 | Enter any different date of birth if used on an earlier application for a card | 02031981 |
|---|---|---|
| | | MM/DD/YYYY |

| 14 | TODAY'S DATE | 11/30/2023 MM/DD/YYYY | 15 | DAYTIME PHONE NUMBER | 708-841-5668 Area Code   Number |
|---|---|---|---|---|---|

| 16 | MAILING ADDRESS (Do Not Abbreviate) | Street Address, Apt. No., PO Box, Rural Route No. 31 SYCAMORE CT & P.O.BOX 1783 | | |
|---|---|---|---|---|
| | | City CALUMET CITY | State/Foreign Country IL | ZIP Code 60409 |

I declare under penalty of perjury that I have examined all the information on this form, and on any accompanying statements or forms, and it is true and correct to the best of my knowledge.

**17 YOUR SIGNATURE**

**18 YOUR RELATIONSHIP TO THE PERSON IN ITEM 1 IS:**
☒ Self  ☐ Natural Or Adoptive Parent  ☐ Legal Guardian  ☐ Other Specify_____ BETTY JANE GRIFFIN

**DO NOT WRITE BELOW THIS LINE (FOR SSA USE ONLY)**

| NPN | | | DOC | NTI | CAN | | ITV |
|---|---|---|---|---|---|---|---|
| PBC | EVI | EVA | EVC | PRA | NWR | DNR | UNIT |

EVIDENCE SUBMITTED

SIGNATURE AND TITLE OF EMPLOYEE(S) REVIEWING EVIDENCE AND/OR CONDUCTING INTERVIEW

DATE

DCL                DATE

OBM Control Number

1545-1354

Unpaid United States Tax Treaty 26 USC 6114 Since I was a Child. Natural Gas Investment bonds. Simon Properties Group, That's International Malls All over the World. Casinos in Reno, Las Vega and other International Countries on Land & Sea Being International Cruise Lines Casino's. IHG.com Also Choice Hotels International & Car Rentals International Corporations. Also Unpaid FATCA Reports & FBAR Monterey Unpaid Payments from the International Tax Treaty. Also unpaid tax treaty payments from the Airlines Industry. Since I was a child I had Unlimited Wealth being concealed under my Original name Jon Antoine Jackson & my name was changed to Jon Antoine Griffin aid. Because of being adopted by Betty Jane Griffin. I just found out that my Original birth mother is former singer to the Supremes' Diana Ross. And my original father is Cuban father native Antonio Rodriguez. We both were missing Unpaid State, Federal & International Taxes All around the World. Black Rock Inc., Nuveen Investments, Fidelity Investments, J.P Morgan Chase, Bank of America Investments And Incorporations Like Wall Mart, SAM's Club Unpaid Kmart/Target Child World/ Toys R Us Fun Co Land & other Local & International Businesses. Like McDonalds, Whole Foods. Unpaid Bitcoin. Lite Coin & other Crypto Currencies All Around the World. Universal Studio's & Disney World & Disney Land I'm also sending in a 14039 OMB Complaint & 14157-A OBM 1545-2168 form because of my original Birth Certificate Was Taken by Danny Mitchell & I Need my Department of State Id update with both names on it so I can Gain Access to to my proof of deeds of Ownership for my International Cruise Ships that are listed on Vacationtogo.com I have unpaid FATCA REPORTS of Interest that I haven't claimed on other International Cruise. Lines Corporations. All I would like all of my 31 CFR 357.0, 31 U.S. Code § 5326 - Records of certain domestic transactions. From Jon Antoine Jackson. Old National Bank Saving & Loans Reno NV Account. And ARCHIVES.COM Records. from other countries. During certain years there never was a POWER of ATTORNEY over me signed untill 1994 Jon Antoine Jackson is Jon Antoine Griffin Is Also Jon Antoine Ross, I Did'nt purchaes any of the International Investment Bonds because of the Name change to Jon Antoine Griffin from Jon Antoine Jackson. And I'm requesting A reprint of those those. International & Local Investment bonds. So I won't be deprived of my United States Constutitional Rights. 42 USC 1983. I don't have a Share Holder Foreign withholding Agent Contract or International Joint Account Corporate for the international corporate bank accounts & banks & Brokerage firms that been purchased & filed under the name Jackson. & or Mitchell or Goldberg. I recently found out about T Rowe Resident Alien Investment Bonds Filed. Under my United States Constautional Rights misspelled name placed in the system wrong by local run in with the local Police Jon Griffin. When I show my Identification State Id or Driver License they make the mistake & place my name in the system wrong as Jon Griffin instead of Jon Antoine Griffin. Unpaid Lottery & Lottery Now payments from FATCA REPORTS. 26 CFR 1.103-1. I was born in the United Kingdom in the Royal Families House. & Brought to the United States of America when I was a baby & left at Michael Reese Hospitial in Chicago Illinois.

Dear, Specialized Circumstances & Specialized Investigation 28 USCA 1746, 18 USCA 1001 State of Illinois Bureau of Identification 250 N Chicago St. Joliet, 6043 I sending your office a letter about my Identification that's on file in the system. When I have run in with local arresting officers for unlawful detention. I'm having a Due Process Clause violation of the United States Constitution my name is being misspelled & place in the computer when I give them my Secretary of State Driver License & or State Identification Card states Jon Antoine Griffin. Officers place the name Jon Griffin in the system to cause a legal conflict of interest or Jon A. Griffin. When I went to the offices at 3510 S. Michigan Chicago IL, 60653 I requested everything that was in the computer under the name Jon Griffin. And in information was never sent back in reference to what I paid for Criminal Mug Shots. The Officers at the office made sure that they placed one letter on file of my request form without my consent so I can be stalled about resolving my legal conflict of interest over my name & identity Jon Griffin being Jon Antoine Griffin Unlimited Wealth bank fraud stolen check by Loren B. Middleton from Markham Illinois Court House District Six 2014 Bank of America 4211 W.167st Country Club Hillis Illinois 60678.

OCC Headquarters 400 7th St. SW Washington, DC 20219 (202) 649-6800 & 32 CFR **§ 536.63 (d),(5) Settlement agreements.** Out-of-Court Settlement to be resolved with the Bank of America, & Berkshire Hathaway Inc., Warren E. Buffet. I don't won't to change my name due to the stolen & forged check that opened the account without any power of attorney or any legal consent by me Jon Griffin Aka Jon Antoine Griffin 31 CFR 501.806 501.806 **Procedures for unblocking funds** believed to have been blocked due to mistaken identity.

Thank You

Jon Antoine Griffin

Private Family Attorney

I'm also an attorney & unpaid 31 CFR 515.514 515.514 Payment of dividends and interest on and redemption and collection of securities. 31 CFR § 515.325 - National securities exchange Investor relations specialist for a lot of corporations. Carnival Cruise Lines, Windstar Antonio Rodriguez & Jon Antoine Griffin, Jon Antoine Jackson & Jon Antoine Ross 31 CFR 515.336 Confiscated. Vacationstogo.com every International Cruise Line Corporation listed on vacationstogo.com belongs to Father Antonio Rodriguez & son Jon Antoine Jackson, AKA Jon Antoine Griffin AKA Jon Antoine Ross. I'm filing a request for Deeds of Owner Ship from Miami Dade County Tax Collectors & a Transfer of investments bonds to be placed under one name in all the other International countries. Instead of the three different last names. Jackson U.K Ports – Russia Ports , Asia Ports Ross Hong Kong Ports Singapore Harbor , Griffin America, India Cordelia Cruises, Dubai www.cruisecritic.com, www.expeditions.com, www.panamacanalcruise.com Same person Jon Antoine just three different last names filed on the deeds of ownership conflict of interest & I'm the same person same International Cruise Ship CEO/ Owner same identity.

12 CFR 341.3 Registration as securities transfer agent. Berkshire & Hathaway Llc. & Michael Goldberg. I'm requesting for all purchases of International & Local Investment Bonds to be giving to Jon Antoine Jackson, Jon Antoine Ross AKA Jon Antoine Griffin.

31 CFR 515.3369(a) Antonio Rodriguez (POW) 31 CFR 515.303 Came to America in May 1 1961 a Cuban Missile Crisis Active Duty (POW) which gives me as his son Jon Antoine Jackson, Jon Antoine Griffin AKA Jon Antoine Ross 23 T.I.A.S. 3227 Diplomatic Immunity. 23 UST 3227 Diplomatic Immunity. 31 CFR 515.334 United States Nationals, 31 CFR 515.330

31 CFR 515.327(c) Blocked estate of a decedent. Steve Jobs 31 CFR 515.326 Custody of safe deposit boxes.

31 CFR 515.327(C) Blocked estate of a decedent. , 31 CFR 515.301 Foreign Country, 31 CFR 515.302 Nationals, 31 CFR 515.305 Antonio Rodriguez 31 CFR 515.326 Custody of safe deposit boxes. Also read evrofinance.ru 31 CFR 515.311 Property; property interests.

**2023. 22 USCA 706, 7 FAM 1711.1 Policy Title 22-FOREIGN RELATIONS AND INTERCOURSECHAPTER 21-SETTLEMENT OF INTERNATIONAL CLAIMS International Claims Settlement Act of 1949 Deeds of Ownerships 22 USCA 4218 , 31 USCA 5317 Danny Mitchel AKA Michael Goldberg 22 CFR 94, 26 CFR 1.871-7**

**I'm in the process of trying to have all of the international cruise ships DEEDS OF OWNER SHIP listed in one last name instead of the three last names & unlimited wealth accounts that were stolen due to INTERNATIONAL BANK FRAUD & INTERNATIONAL CHECK FRAUD DONE BY STEVE JOBS & OR DANNY MITCHEL AKA SAME PERSON MICHAEL GOLDBERG.**

Due to my Adoptive mother being of victim of International Contract fraud its a few legal conflict of interest that must be address & resolved professionally form the 26 USC 6114 International Tax Treaty Unlimited Wealth & Unpaid Interest.

26 CFR 301.7701(b)-1 26 CFR 301.6712-1 International Legal Conflict of Interest my name was being misspelled on my International Cruise Line Businesses that I Own all around example of hove my names was misspelled to steal international percentages off my interest dividends. Examples of correct name spelling is Jon Antoine Jackson is the correct spelling. Because Of the original Cuban father DNA Antonio Rodriguez sperm spec-man from the World War 2 Draft because he was Cuban Missile Crisis (POW) (Prisoner of War) The American government placed a reproductive surgery on Joe Jackson or Michael Jackson. And once I was first born in The Royal Palace my name was filed as. The correct spelling would be Jon Antoine Jackson 2-3-1981 & after living there for a week I was taken from The United Kingdom & traveled to Cuba 22 CFR 41.26(b),(C),(ii),(ix),(x),(xi). SIS.gov Jon Griffin Diplomatic Visas 22 USC 288 filings. 23 T.I.A.S 3227 Diplomatic Immunity. The incorrect spelling is Jon Ant Jackson Also Known As Jon Antoine Griffin Correct spelling. Because my adoptive mother's name is Betty Jane Griffin. My last name was changed with my legal consent to Jon Antoine Griffin. The incorrect spelling is Jon Ant Griffin on international Investment bonds. And Jon Antoine Ross is the correct spelling because my original mother name is Diana Ross. And the incorrect spelling is Jon Ant Ross in Asia. This was being done since I was a baby to cause a legal international conflict of interest. I'm trying to resolve this legal international conflict of interest. Everything listed Deeds of Ownership of all International Cruise Lines & Ship Vessels & International Investment Corporate bonds transferred & refiled under Jon Antoine Jackson, Jon Antoine Griffin or Jon Antoine Ross which every one name I desire & have my Original Cuban father's name Antonio Rodriguez & I need my other Kids & brothers & sisters names refiled on our family International Cruise Lines business. Something I would like to handle myself professionally. The name Jon Anthony Griffin, Jackson, Or Ross name was used at Bank of America in Miami Florida. The name Jon Anthony was gone be used on the other International Cruise Line International Investment Corporate Bonds to steal percentages of interest off the International Cruise Lines All around the world that I own. Because I recently found out my Carnival Cruise Lines International Corporate bond was cashed illegally without my consent in Miami Dade County which caused A National Emergency onboard my vessels in Miami Florida my National Weather Alert switches & be played with by Robots on board my vessel. And I need them remove as fast as possible. Double Agent/Clone of my original identity/face surgically placed on another human body to keep me off board my International businesses. DNI, OIG, International Military & or United States of America Military is need to remove International trespassers. ArtIV.S2.C1.1.1 Privileges and Immunity Clause:

Title 22 Foreign Relations Part / Section

Chapter I Department of State 1 – 199

Subchapter P Diplomatic Privileges and Immunities 151

Part 151 Compulsory Liability Insurance for Diplomatic Missions and Personnel 151.1 – 151.11

§ 151.1 Purpose.

§ 151.2 Definitions.

§ 151.3 Types of insurance coverage required.

My family never signed for an International Joint Personal Account's or Local/International Business account's contract with Michael Goldberg AKA Danny Mitchell under my name Jon Antoine Jackson before it was switched without Mrs. Diana Ross & Betty Jane Griffin consent to Jon Antoine Griffin. That Unlimited Wealth information was being concealed form my adoptive mother Betty Jane Griffin when Donald Trump came to Olive Harvey College And & Village Green Town Houses when I was six or seven years old. The contracts weren't signed before the check was cashed with both banks City National Bank Chicago IL 1980's & in 2014 Chase Bank 4001 W.167st Country Club Hills IL 60678 & Bank of America 4211 W. 167st Country Club Hills IL 60678 stolen Unlimited Wealth check cashed with my consent by Loren B. Middleton under the misspelled name Jon Griffin that Unlimited Wealth check was for Jon Antoine Griffin to receive & I was deprived of my constitutional rights endorse my stolen check which caused the State of Emergency declared by Donald Trump who stopped the reprinted cards and that account from being active without my consent & closed Bank of America 4211 W. 167st Country Club Hills IL 60678. Once reported by me Jon Antoine Griffin AKA Jon Griffin to FINCEN.gov I never gained access to my Unlimited Wealth check that was sent to the Markham Illinois Six District in 2014 by former United States President Barack Obama from the White House to be given to 2012C6604990 State of Illinois Police Identification bureau Jon Griffin AKA Jon Antoine Griffin Michelle Simmons court room 103.

I'm trying to resolve my banking conflict of intrest out of court just like the OCC & MSS.cn recommended.

Not a cautious contract just 2 page Out of Court Settlement agreement attempt to collect a debit & or Judgement of Unlimited Wealth from City National Bank Jon Antoine Jackson & Bank of America Jon Griffin AKA Jon Antoine Griffin both checking accounts that I was deprived of my constitutional rights to endorse my paper check/document & IRS 4972 Lump-Sum Payment.

Subscribed and sworn to before me by JON ANTOINE GRIFFIN

this 21rd day of JULY 20 23 at Chicago, County of Cook, State of Illinois.

Notary Public

"OFFICIAL SEAL"
DAVID J. KRANICKE
Notary Public, State Of Illinois
My Commission Expires August 24, 2024
Commission No. 338762

Department of Treasury

IRS.gov, SEC.gov

Currently Homeless due to Bank Fraud.

TaxForms@Irs.gov Greeting IRS to Who It May Concern I'm International Attorney/Banker/ Apple Inc. Carnival Cruise Lines Officer Active Duty Military & Owner Investor from SIS.gov 22 USC 288 Bourne Diplomat 23 T.I.A.S 3227 Currently Homeless on Land Due sleeping on CTA transit at night to Investment Fraud & Bank Fraud. Jon Antoine Jackson Also Known As Jon Antoine Griffin, Jon Antoine Ross AKA Jon Griffin. Dianna Ross Original son sending your office's a notice on 26 USCA 6114 Tax Treaty Violations Hague Conventions & Requesting IRS Form 11369 that must be filed out so Due Process of The United States Constitution won't take place I'm requesting those forms be sent to my adoptive mother's P.O. Box Betty Jane Griffin P.O. Box 1783 Calumet City Illinois 60409 Addressed for me the Adoptive son to receive Jon Antoine Jackson Also Known As Jon Antoine Griffin at P.O. Box 1783 Calumet City Illinois 60409. I must have official OMB Number Forms to staple with my typed complaints to request for a fair Judgement of unpaid tax collection debt on 28 USC 1407, 26 USCA 6114, 26 USCA 1650, 26 USCA 1650(A) 28 USCA 1330, 28 USCA 1331 on Federal a Judge Employee for unpaid tax interest on International Investment Bonds. Which caused a National Emergency onboard my Carnival Cruise Ships. 22 USCA 706, Problems on the Computer won't allow me to type & print on forms in Pdf format. So I can submit them threw the local district federal & have the case switched to the Tax Court & Supreme Court's & to other Supreme Courts Around the world for my compensation check & judgements on unpaid stock dividends & Interest.

Example **UNITED STATES SECURITIES AND EXCHANGE COMMISSION** OMB APPROVAL OMB Number: 3235-0037 Expires: March 31, 2022 Estimated average burden hours per response . . . . . . . 0.08 PLEASE TYPE OR PRINT CLEARLY 1. REPORTING INSTITUTION: TELEPHONE TYPE OF REPORT: **Washington, D.C. 20549 FORM X-17F-1A**

Subscribed and sworn to before me by JON ANTOINE GRIFFIN

this 1 RST day of DECEMBER 20 23 at Chicago, County of Cook, State of Illinois.

Notary Public

"OFFICIAL SEAL"
DAVID J. KRANICKE
Notary Public, State Of Illinois
My Commission Expires August 24, 2024
Commission No: 338762

Greeting Chase Bank I'm 2014 Chase Bank Stolen Check Fraud Victim cashed at Chase Bank 4001 W 167th St, Country Club Hills, IL 60478 (708) 799-5541 & Jon Griffin Also Known As Jon Antoine Griffin pro se attorney over the stolen check situation that was cashed without my legal consent or any power of attorney because no one had any legal power of attorney over me Jon Griffin Also Known As Jon Antoine Griffin. I'm sending Amber your offices al legal fax in reference to the Court Legal Documents to prove that Jon Griffin is Jon Antoine Griffin my State of Illinois Driver license is Jon Antoine Griffin. In reference to the stolen check the name Jon Griffin was placed on the check by the Attorney Loren B. Middleton and deposited in a account that he opened without my consent that was a check for a unlimited amount that's why the check was a blank check. That was dropped of by the United States Secret Services or British Secret Service to the Cook County Circuit Six District Judge Michelle Simmons Court Room 103 in 2014. That check ended up being filled out with my name being Jon Grifffin misspelled name the corrected way to spell my name is Jon Antoine Griffin State of Illinois IL G615-4208-1034 Driver license number State Identification number 615-4208-1034 State of Illinois Identification Number. Based on the legal conflict of interest problem of the name Antoine not being placed on the check. The Report Court Disposition Official Documents were at the Circuit Court Cook County Traffic Division 50 W. Washington Chicago Illinois 60603. One proof of legal deposition. And one more other location is the Burnham Illinois Police Department Burham Illinois from the April 12th 2012 Unlawful Arrest were the court case ended up being dismissed. 14450 Manistee Ave, Burnham, IL 60633 (708) 891-2122 Jon Griffin documents on file will be faxed in reference to the putting my name in the system wrong is how it ended up on the check that way which was a 42 USCA 1983 Constitutional Rights violation depriving me of my rights to write and endorse my name on the check that was sent along with the Apple Inc watch patent documents. Owns V. Okure, 488 US 235,240 (1989). Chase Bank 31 C.F.R 501.806 (D) Procedures For unblocking funds believed to have been blocked due to mistaken identity. Jon Griffin AKA Jon Antoine Griffin. Office of Foreign Assets Control. Sanctions Compliance & Evaluation Division U.S. Department of the Treasury.1500 Pennsylvania NW. Freeman's Bank Building. Washginton DC 20220 or sent by email to the Sanctions Compliance & Evaluation Division at OFACreport@treasury.gov





AO 88 (Rev. 02/14) Subpoena to Appear and Testify at a Hearing or Trial in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Northern District of Indiana

| | | |
|---|---|---|
| Jon Antoine Griffin/Jon Griffin/Jon Antoine Jackson | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. |
| Consumor Financial Protection Bureau | ) | |
| *Defendant* | ) | |

## SUBPOENA TO APPEAR AND TESTIFY
## AT A HEARING OR TRIAL IN A CIVIL ACTION

To: Midwest region director for CFPB John Schroeder CFPB Email: docketclerk@consumerfinance.gov

*(Name of person to whom this subpoena is directed)*

**YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place set forth below to testify at a hearing or trial in this civil action. When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| | |
|---|---|
| Place: Northern Federal of Indiana<br>5400 Federal Plaza, Suite 1500<br>Hammond, IN 46320 | Courtroom No.: |
| | Date and Time: |

You must also bring with you the following documents, electronically stored information, or objects *(leave blank if not applicable)*:

Section 1070.5 Servives of Summons & Complaint (CFPB) Consumer Fincial Protection Bureau Report# 221110-97393951 1/10/2022 Report# 221205-9888469 12/05/2022 & Report# 230122-10200996 supervision@consumerfinance.gov

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: _____

    *CLERK OF COURT*

                                                    OR

_____          _____
*Signature of Clerk or Deputy Clerk*                    *Attorney's signature*

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)* ___Jon Griffin___
___31 Sycamore Ct Calumet City IL,60409___ , who issues or requests this subpoena, are:

## Notice to the person who issues or requests this subpoena

If this subpoena commands the production of documents, electronically stored information, or tangible things before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

AO 88 (Rev. 02/14) Subpoena to Appear and Testify at a Hearing or Trial in a Civil Action (page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

I received this subpoena for *(name of individual and title, if any)* _____

on *(date)* _____ .

☐ I served the subpoena by delivering a copy to the named person as follows: _____

_____

_____ on *(date)* _____ ; or

☐ I returned the subpoena unexecuted because: _____

_____

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc.:

AO 88 (Rev. 02/14) Subpoena to Appear and Testify at a Hearing or Trial in a Civil Action (page 3)

## Federal Rule of Civil Procedure 45 (c), (d), (e), and (g) (Effective 12/1/13)

**(c) Place of Compliance.**

**(1)** *For a Trial, Hearing, or Deposition.* A subpoena may command a person to attend a trial, hearing, or deposition only as follows:
  **(A)** within 100 miles of where the person resides, is employed, or regularly transacts business in person; or
  **(B)** within the state where the person resides, is employed, or regularly transacts business in person, if the person
    **(i)** is a party or a party's officer; or
    **(ii)** is commanded to attend a trial and would not incur substantial expense.

**(2)** *For Other Discovery.* A subpoena may command:
  **(A)** production of documents, electronically stored information, or tangible things at a place within 100 miles of where the person resides, is employed, or regularly transacts business in person; and
  **(B)** inspection of premises at the premises to be inspected.

**(d) Protecting a Person Subject to a Subpoena; Enforcement.**

**(1)** *Avoiding Undue Burden or Expense; Sanctions.* A party or attorney responsible for issuing and serving a subpoena must take reasonable steps to avoid imposing undue burden or expense on a person subject to the subpoena. The court for the district where compliance is required must enforce this duty and impose an appropriate sanction—which may include lost earnings and reasonable attorney's fees—on a party or attorney who fails to comply.

**(2)** *Command to Produce Materials or Permit Inspection.*
  **(A)** *Appearance Not Required.* A person commanded to produce documents, electronically stored information, or tangible things, or to permit the inspection of premises, need not appear in person at the place of production or inspection unless also commanded to appear for a deposition, hearing, or trial.
  **(B)** *Objections.* A person commanded to produce documents or tangible things or to permit inspection may serve on the party or attorney designated in the subpoena a written objection to inspecting, copying, testing, or sampling any or all of the materials or to inspecting the premises—or to producing electronically stored information in the form or forms requested. The objection must be served before the earlier of the time specified for compliance or 14 days after the subpoena is served. If an objection is made, the following rules apply:
    **(i)** At any time, on notice to the commanded person, the serving party may move the court for the district where compliance is required for an order compelling production or inspection.
    **(ii)** These acts may be required only as directed in the order, and the order must protect a person who is neither a party nor a party's officer from significant expense resulting from compliance.

**(3)** *Quashing or Modifying a Subpoena.*
  **(A)** *When Required.* On timely motion, the court for the district where compliance is required must quash or modify a subpoena that:
    **(i)** fails to allow a reasonable time to comply;
    **(ii)** requires a person to comply beyond the geographical limits specified in Rule 45(c);
    **(iii)** requires disclosure of privileged or other protected matter, if no exception or waiver applies; or
    **(iv)** subjects a person to undue burden.
  **(B)** *When Permitted.* To protect a person subject to or affected by a subpoena, the court for the district where compliance is required may, on motion, quash or modify the subpoena if it requires:
    **(i)** disclosing a trade secret or other confidential research, development, or commercial information; or

    **(ii)** disclosing an unretained expert's opinion or information that does not describe specific occurrences in dispute and results from the expert's study that was not requested by a party.
  **(C)** *Specifying Conditions as an Alternative.* In the circumstances described in Rule 45(d)(3)(B), the court may, instead of quashing or modifying a subpoena, order appearance or production under specified conditions if the serving party:
    **(i)** shows a substantial need for the testimony or material that cannot be otherwise met without undue hardship; and
    **(ii)** ensures that the subpoenaed person will be reasonably compensated.

**(e) Duties in Responding to a Subpoena.**

**(1)** *Producing Documents or Electronically Stored Information.* These procedures apply to producing documents or electronically stored information:
  **(A)** *Documents.* A person responding to a subpoena to produce documents must produce them as they are kept in the ordinary course of business or must organize and label them to correspond to the categories in the demand.
  **(B)** *Form for Producing Electronically Stored Information Not Specified.* If a subpoena does not specify a form for producing electronically stored information, the person responding must produce it in a form or forms in which it is ordinarily maintained or in a reasonably usable form or forms.
  **(C)** *Electronically Stored Information Produced in Only One Form.* The person responding need not produce the same electronically stored information in more than one form.
  **(D)** *Inaccessible Electronically Stored Information.* The person responding need not provide discovery of electronically stored information from sources that the person identifies as not reasonably accessible because of undue burden or cost. On motion to compel discovery or for a protective order, the person responding must show that the information is not reasonably accessible because of undue burden or cost. If that showing is made, the court may nonetheless order discovery from such sources if the requesting party shows good cause, considering the limitations of Rule 26(b)(2)(C). The court may specify conditions for the discovery.

**(2)** *Claiming Privilege or Protection.*
  **(A)** *Information Withheld.* A person withholding subpoenaed information under a claim that it is privileged or subject to protection as trial-preparation material must:
    **(i)** expressly make the claim; and
    **(ii)** describe the nature of the withheld documents, communications, or tangible things in a manner that, without revealing information itself privileged or protected, will enable the parties to assess the claim.
  **(B)** *Information Produced.* If information produced in response to a subpoena is subject to a claim of privilege or of protection as trial-preparation material, the person making the claim may notify any party that received the information of the claim and the basis for it. After being notified, a party must promptly return, sequester, or destroy the specified information and any copies it has; must not use or disclose the information until the claim is resolved; must take reasonable steps to retrieve the information if the party disclosed it before being notified; and may promptly present the information under seal to the court for the district where compliance is required for a determination of the claim. The person who produced the information must preserve the information until the claim is resolved.

**(g) Contempt.**
The court for the district where compliance is required—and also, after a motion is transferred, the issuing court—may hold in contempt a person who, having been served, fails without adequate excuse to obey the subpoena or an order related to it.

---

For access to subpoena materials, see Fed. R. Civ. P. 45(a) Committee Note (2013).